B1
(Rev. 12/94)

| United States Bankruptcy Court<br>SOUTHERN District of CALIFORNIA | VOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor - If individual, enter Last, First, Middle)<br>**Timothy L. Crabtree** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)<br>**Jayne J. Crabtree** |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(Include married, maiden, and trade names.)<br>**NONE** | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden, and trade names.)<br>**a/k/a Vukov** |
| SOC. SEC./TAX I.D. NO. (If more than one, state all.)<br>**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** | SOC. SEC./TAX I.D. NO. (If more than one, state all.)<br>**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** |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**3568 Windrift Way #258**<br>**Oceanside, CA  92056** | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, and zip code)<br>**3568 Windrift Way #258**<br>**Oceanside, CA  92056** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**SAN DIEGO** | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**SAN DIEGO** |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>**NONE** | MAILING ADDRESS OF JOINT DEBTOR (If different from street address)<br>**NONE** |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from address listed above)<br>**NONE** | VENUE (Check one box only) |
|---|---|
| | [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR** (Check one box)
- [ ] Individual
- [X] Joint (Husband & Wife)
- [ ] Partnership
- [ ] Other: _____
- [ ] Corporation Publicly Held
- [ ] Corporation Not Publicly Held
- [ ] Municipality

**NATURE OF DEBT**
- [X] Non-Business/Consumer
- [ ] Business - Complete A & B below

**A. TYPE OF BUSINESS** (Check one box)
- [ ] Farming
- [ ] Professional
- [ ] Retail/Wholesale
- [ ] Railroad
- [ ] Transportation
- [ ] Manufacturing/Mining
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Construction
- [ ] Real Estate
- [ ] Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Sec. 304 - Case Ancillary to Foreign Proceeding

**SMALL BUSINESS** (Chapter 11 only)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101.
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**FILING FEE** (Check one box)
- [X] Filing fee attached
- [ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b); see Official Form No. 3

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
**Don Somerville & Associates #86506**
**2890 Pio Pico Drive**
**Suite 102**
**Carlsbad, CA  92008** Telephone No. **760/720-4545**

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR (Print or Type Names)
**Don E. Somerville**

[ ] Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney: (  )

| STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)<br>(Estimates only) (Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| [X] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **Case # : 99-34428-A13**<br>**Name : CRABTREE**<br>**Judge : LOUISE ADLER**<br>**Chapter: 13** |

ESTIMATED NUMBER OF CREDITORS

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED ASSETS (In thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED LIABILITIES (In thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

EST. NO. OF EMPLOYEES - CH 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-OVER |
|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] |

EST. NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

**Filed : 10/22/99    @ 2:41pm**
**Deputy : K SCHNEIDER**
**Receipt: 00125849**
**Amount : $160.00**

**RELIEF ORDERED**
**Clerk, U.S. Bankruptcy Court**
**Southern District of California**

Name of Debtor  Timothy L. Crabtree

Case No. _____
(Court use only)

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

[X] A copy of the debtor's proposed plan dated  10/20/99  is attached

[ ] Debtor intends to file a plan within the time allowed by statute, rule, or order of the court

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| SOUTHERN DISTRICT | 97-05235 CHAPTER 7 | 4/10/97-DISCHARGED 8/97 |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| NONE | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

**ATTORNEY**

x _____  Date 10/20/99
Signature  Don E. Somerville

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct | I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. |

x _Timothy L Crabtree_
Signature of Debtor  Timothy L. Crabtree
Date 10/20/99

x _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

x _Jayne J Crabtree_
Signature of Joint Debtor  Jayne J. Crabtree
Date 10-20-99

_____
Title of Individual Authorized by Debtor to File this Petition

_____
Date
If debtor is a coproration filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

x _Timothy L Crabtree_   10/20/99
Signature of Debtor                  Date
Timothy L. Crabtree

x _Jayne J Crabtree_   10-20-99
Signature of Joint Debtor            Date
Jayne J. Crabtree

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

| Address | Tel. No. |
|---|---|

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

x _____  10/20/99
Signature of Attorney                Date
Don E. Somerville

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _____
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156

FORM B6 – Cont.
(6/90)

# United States Bankruptcy Court

SOUTHERN_____ **District of** CALIFORNIA_____

In re Timothy L. Crabtree_____,    Case No. _____
debtor                                        Chapter: 13        (if known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from schedules A and B to determine the total amount of the debtor's assets. Add the amounts from schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 15,781.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditor Holding Secured Claims | YES | 1 | | $ 14,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 418.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 20,250.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,770.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,137.00 |
| Total Number of sheets in ALL Schedules | | 15 | | | |
| Total Assets | | | $ 15,781.00 | | |
| Total Liabilities | | | | $ 34,668.00 | |

B6

FORM B6A
(10/89)

In re <u>Timothy L. Crabtree</u>                    Case No. _____
                    Debtor                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community)." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | 0.00 |
| | | | Schedule A Total $ | 0.00 |

B6A

FORM B6B
(10/89)

In re <u>Timothy L. Crabtree</u>
Debtor

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Santel C.U. (Checking/Savings) Vista, CA | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | J | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel | J | 1,000.00 |
| 7. Furs and jewelry. | | Jewelry | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

Page Total: $ 4,000.00

Schedule 6B page #: 1

FORM B6B-Cont.
(10/89)

In re <u>Timothy L. Crabtree</u>                    Case No. _____
　　　　　　　　Debtor                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY. WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, conterclaims of the debtor, and right to set off claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | 1993 Toyota 4-Runner SR-5 (86,000 Miles) | J | 11,781.00 |
| 24. Boats, motors, and Accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| | | | Page Total: | $   11,781.00 |

Schedule 6B page #:  2

FORM B6B-Cont.
(10/89)

In re <u>Timothy L. Crabtree</u>                              Case No. _____
                        Debtor                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY. WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crop-growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Page Total: | $ 0.00 |
| | | | Schedule Total: | $ 15,781.00 |

Schedule 6B page #: 3

FORM B6C
(6/90)

In re <u>Timothy L. Crabtree</u>                    ,          Case no. _____
                Debtor                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. § 522 (b)(1)  Exemptions provided in 11 U.S.C. § 522 (d). Note: These exemptions are available only in certain states.

☒  11 U.S.C. § 522 (b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile
                            has been located for the 180 days immediately proceeding the filing of the petition, or for a longer portion of the
                            180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant
                            to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF THE PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Household Goods | 703.140(b)(3) | 2,500.00 | 2,500.00 |
| Wearing Apparel | 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Jewelry | 703.140(b)(4) | 500.00 | 500.00 |
| 1993 Toyota 4-Runner SR-5 (86,000 Miles) | 703.140(b)(2) | 1,900.00 | 11,781.00 |

B6C

FORM B6D
(6/90)

In re Timothy L. Crabtree _____ ,          Case No. _____
                    Debtor                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.

Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 59784 80<br>Santel Credit Union<br>PO Box 919006<br>San Diego, CA 92191 | | J | 2/99<br>1993 Toyota 4-Runner SR-5<br><br>*To be paid through Plan<br><br>VALUE $      11,781.00 | | | | 14,000.00 | 0.00 |
| ACCOUNT NO. | | | <br><br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br><br>VALUE $ | | | | | |

__1__ Continuation sheets attached          Subtotal $          14,000.00
                                        (Total of this page)
                                              Total $          14,000.00

B6D

B6E
(Rev. 12/94)

In Re Timothy L. Crabtree                                    Case No. _____
                    Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditor, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W","J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS *(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)*

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000■ per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4000■ per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,800■ for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

■ Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

, FORM B6E - Cont.
(6/90)

Timothy L. Crabtree

In re _____ ,          Case No. _____
                    Debtor                                              (If known)

## SCHEDULE E - CREDITORS, HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes and other certain debts owed to governme

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Franchise Tax Board <br> Special Procedures <br> PO Box 2952 <br> Sacramento, CA 92812 | | J | 1995 <br> Taxes | | | | 418.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors
Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | 418.00 |
| Total | $ | 418.00 |

FORM B6F
(10/89)

In re <u>Timothy L. Crabtree</u> ,  Case No. _____
             Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled " Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled " Husband, Wife, Joint, or Community."

If the claim is contingent, place an " X " in the column labeled " Contingent. " If the claim is unliquidated, place an " X " in the column labeled " Unliquidated." If the claim is disputed, place an " X " in the column labeled " Disputed." (You may need to place an " X " in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled " Total " on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non priority claims to report on the Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJ | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2890690 <br> American Honda Finance c/o Merchants Recovery PO Box 2309 Cypress, CA 90630 | | J | Automobile Surrendered | | | | 3,097.00 |
| ACCOUNT NO. 11408 <br> Marion E. Froehlich Attorney at Law PO Box 299 Oceanside, CA 92049 | | J | Services | | | | 7,877.00 |
| ACCOUNT NO. 7602079852 <br> GTE Wireless PO Box 630026 Dallas, TX 75263 | | J | Telephone Bill | | | | 91.00 |
| ACCOUNT NO. <br> Macy's PO Box 8058 Mason, OH 45040 | | J | General Merchandise | | | | 200.00 |

**2** ___ continuation sheets attached

Subtotal (Total of this page) $ 11,265.00

Total $ _____
(Use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

FORM B6F
(10/89)

In re <u>Timothy L. Crabtree</u>                    ,          Case No. _____
                    Debtor                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 749 81054 600 673 <br> MBNA America <br> PO Box 15028 <br> Wilmington, DE 19886 | | J | General Merchandise | | | | 2,878.00 |
| ACCOUNT NO. 822 065 793 9 <br> MCFC National Bank <br> PO Box 79262 <br> City of Industy, CA 91716 | | J | General Merchandise | | | | 386.00 |
| ACCOUNT NO. 2315 <br> Nice Auto Group <br> 5650 Eastgate Mall <br> San Diego, CA 92121 | | J | Auto Repairs | | | | 1,491.00 |
| ACCOUNT NO. 4479 4519 2380 6037 <br> Providian National Bank <br> PO Box 904 <br> Memphis, TN 38101 | | J | General Merchandise | | | | 1,018.00 |
| ACCOUNT NO. 9 613 014 219 90 <br> Retailers National Bank <br> PO Box 59231 <br> Minneapolis, MN 55459 | | J | General Merchandise <br> Target Account | | | | 445.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  6,218.00

Total  $
(Use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

FORM B6F
(10/89)

In re <u>Timothy L. Crabtree</u>              ,        Case No. _____
              Debtor                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJ | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7709 9433 116 Retailers National Bank PO Box 59280 Minneapolis, MN 55459 | | J | General Merchandise Mervyns Account | | | | 600.00 |
| ACCOUNT NO. 01 68642 596170 Sears Payment Center 86 Annex Atlanta, GA 30386 | | J | General Merchandise | | | | 1,145.00 |
| ACCOUNT NO. 5437 0003 2506 0012 The GM Card PO Box 7009 Anaheim, CA 92850 | | J | General Merchandise | | | | 1,022.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $    2,767.00

Total  $   20,250.00
(Use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

Form B6G
(10/89)

In re <u>Timothy L. Crabtree</u>

Debtor

Case No. _____

(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., " Purchaser, " " Agent, " etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

[X]  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR, NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| | |

B6G

, Form B6H
(6/90)

In re <u>Timothy L. Crabtree</u>                          Case No. _____
                Debtor                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6H

Form B6I
(6/90)

In re <u>Timothy L. Crabtree</u>                            Case No. _____
                    Debtor                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Jesse | 12 | Son |
| | Justin | 6 | Son |
| | Jeremy | 3 | Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation Name of Employer | Corky's Bindery Inc | Housewife |
| How long employed | 4 1/2 years | |
| Address of Employer | San Marcos, CA | |
| | (Machine Operator) | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current monthly gross wages, salary, and commisions (pro rate if not paid monthly) | $ 3,470.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,470.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 700.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify _____ ) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 700.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY    *SEE EXHIBIT A | $ 2,770.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | $ 0.00 | $ 0.00 |
| (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,770.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME  $ _____ 2,770.00 _____      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

CORKY'S BINDERY, INC.   2750 S. Santa Fe Avenue   San Marcos, CA 92069-5928

**52396**

| 05TLC | | TIMOTHY L. CRABTREE | | 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 10/8/99 | | 10/14/99 |
|---|---|---|---|---|---|---|

| Regular | 18.50 | 40.00 | 740.00 | Gross | 740.00 | 32,972.17 |
|---|---|---|---|---|---|---|
| Overtime | 27.75 | | | Fed Income | -76.53 | -3,949.11 |
| Overtime | 37.00 | | | Soc Sec | -45.88 | -2,044.34 |
| Vacation | 18.50 | | | Medicare | -10.73 | -478.09 |
| Holiday | 18.50 | | | Stat Income | -11.52 | -718.56 |
| | | | | SDI | | -158.82 |
| | | | | Garnishment | -94.62 | -3,879.42 |

| 40.00 | 740.00 | 32972.17 | $500.72 | 52396 |
|---|---|---|---|---|

*YTD Gross 32972 17/XX thru 10/8/99*

*Less YTD F.I.T.W. — 3949 11*

*Less YTD F.I.C.A. — 2044 34*

*Less YTD Medicare — 478 09*

*Less YTD S.I.T.W. — 718 56*

*Less YTD S.D.I. — 158 82*

*YTD Net 25623 25/XX*

*$25623 25 ÷ 9 1/4 months = $2770 00/XX rent payment*

EXHIBIT A

FORM B6J
(6/90)

In re <u>Timothy L. Crabtree</u>
Debtor

Case No. _____
(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 635.00 |
| Are real estate taxes included?   Yes<u>YES</u>   No _____ | | |
| Is property insurance included?   Yes<u>YES</u>   No _____ | | |
| Utilities   Electricity and heating fuel | $ | 50.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 50.00 |
| Other <u>Cable</u> | $ | 35.00 |
| Home Maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 370.00 |
| Clothing | $ | 75.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 25.00 |
| Transportation (not including car payments) | $ | 75.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 12.00 |
| Health | $ | 278.00 |
| Auto | $ | 97.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 410.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on a Summary of Schedules)   $ | 2,137.00 |

## (FOR CHAPTER 12 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 2,770.00 |
| B. Total projected monthly expenses | $ | 2,137.00 |
| C. Excess income (A minus B) | $ | 633.00 |
| D. Total amount to be paid into plan each   <u>Monthly</u> | $ | 633.00 |
| | (interval) | |

FORM B6 - Cont.
(12/94)

In re Timothy L. Crabtree _____,          Case No. _____
                    Debtor                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 16
                                                                    (Total shown on summary page plus 1.)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  10/20/99              Signature  _Timothy L Crabtree_
                                                    Debtor
                                            Timothy L. Crabtree

Date  10 - 20 99            Signature: _Jayne J Crabtree_
                                                    (Joint Debtor, if any)
                                            Jayne J. Crabtree
                                            [If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                         _____
Printed or Typed Name of Bankruptcy Petition Preparer                        Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                         _____
  Signature of Bankruptcy Petition Preparer                                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and
                                                                    (Total shown on summary page plus 1.)
correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                            _____
                                            (Print or type name of individual signing on behalf of debtor.)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]
--------------------------------------------------------------------------------

FORM 7
(Rev. 12/94)

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

In Re: Timothy L. Crabtree                    ,          Case No. _____
              (Name)                                                              (if known)
                              Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 – 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or a person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

1.    **Income from employment or operation of business**

None
☐            State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, u unless the spouses are separated and a joint petition is not filed.)

|        AMOUNT         | SOURCE (if more than one) |
|-----------------------|---------------------------|
| 1998:  $60,000        |        EMPLOYMENT          |
| 1997:  $60,000        |                           |

**2.   Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3.   Payment to creditors**

None
☒

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b.   List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable
☒  process within **one year** immediately preceding the commencement of this case. (Married debtors filing
under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

5.  **Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred
☐  through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| AMERICAN HONDA FINANCE C/O MERCHANTS RECOVERY PO BOX 2309 CYPRESS, CA  90630 | 1996 HONDA CIVIC SURRENDERED 4/99 | |

---

6.  **Assignments and receiverships**

None  a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately
☒  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include any assignment by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

---

None  b.  List all property which has been in the hands of a custodian, receiver, or a court-appointed official
☒  within **one year** immediately preceding the commencement of this case. (Married debtors filing under
chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

7. **Gifts**

None
[X]

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

8. **Losses**

None
[X]

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

9. **Payments related to debt counseling or bankruptcy**

None
[ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| DON E. SOMERVILLE 2890 PIO PICO DRIVE #102 CARLSBAD, CA  92008 | 10/99 | $  -0- |

**10.  Other transfers**

None
☒

a.  List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO THE BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OR TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

13. **Setoffs**

None
[X]

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | DATE OF | AMOUNT OF |
| NAME AND ADDRESS OF CREDITOR | SETOFF | SETOFF |

14. **Property held for another person**

None
[X]

    List all property by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |

15. **Prior address of debtor**

None
[X]

    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate adress of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _10/20/99_

Signature
of Debtor    Timothy L. Crabtree

Date _10-20 99_

Signature
of Joint Debtor    Jayne J. Crabtree
(if any)

---

### CERTIFICATION AND SIGNATURE OF NON–ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer               Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____        _____
    Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____        Signature _____

_____
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

B 203
(1/88)

# UNITED STATES BANKRUPTCY COURT

_____ SOUTHERN **DISTRICT OF** _CALIFORNIA_____

**In re** Timothy L. Crabtree
Jayne J. Crabtree

a/k/a Vukov
**Debtor**

Bankruptcy Case No.

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____ $ _____ 1500.00

Prior to the filing of this statement I have received _____ $ _____ -0-

Balance Due _____ $ _____ 1500.00

2.  The source of the compensation paid to me was:

☐ Debtor          ☐ Other (specify) NONE

3.  The source of compensation to be paid to me is:

☒ Debtor          ☒ Other (specify) TO BE PAID THROUGH CHAPTER 13
                                    PLAN

4.  ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing and any adjourned hearings thereof;

B203

B 203
(1/88)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d.     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.     [Other provisions as needed].

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_10/20/99_
Date

_Don E. Somerville_
Signature of Attorney

Don Somerville & Associates #86506
Name of law firm

Don Somerville & Associates #86506
2890 Pio Pico Drive
Suite 102
Carlsbad, CA  92008
760/720-4545

# UNITED STATES BANKRUPTCY COURT FOR THE

### _____ SOUTHERN DISTRICT OF CALIFORNIA _____

In re Timothy L. Crabtree
Jayne J. Crabtree

a/k/a Vukov

Debtor(s)

(Set forth here all names including trade names, used by debtor(s) within last 6 years.)

Social Security No. 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
Social Security No. 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
Debtor's Employer's Tax Identification No. _____

Case No.

**NOTICE OF AVAILABLE CHAPTERS**

*(If this form is used for joint petitioners, wherever the word "petitioner" or words referring to petitioners are used they shall be read as if in the plural.)*

1. Section 342(b) of 11 U.S. Code (" The Bankruptcy Code ") states:
" Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed. "

2. If your debts are primarily consumer ones (as opposed to business debts) and they do not exceed $100,000.00 unsecured or $350,000.00 secured (11 U.S.C. § 109(e)), you are eligible to file under Chapter 13 and to use future income to pay all or a portion of your existing debts.

3. You are also eligible to file under Chapter 11 ($500.00 filing fees) for debt reorganization.

4. You are not eligible to file under Chapter 9.

5. You are eligible to file under Chapter 7 (" straight bankruptcy "), whereby debts are eliminated and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

6. You may be eligible to file under Chapter 12.

7. All general filing eligibility is subject to 11 U.S.C. §§ 109, 727(a)(8), and (9), and 707(b). **Consult your attorney.**

Court Clerk

**I HAVE READ THE ABOVE** "NOTICE OF AVAILABLE CHAPTERS"

Timothy L. Crabtree
Debtor

Jayne J. Crabtree
Debtor

CSD-001