DAVID L. SKELTON  #96250
CHAPTER 13 TRUSTEE
600 B STREET, SUITE 2000
SAN DIEGO, CA 92101-4507

FILED PT

2005 APR 29  AM 10: 18

CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF

Rect 184429

UNITED STATES BANKRUPTCY COURT
Southern District of California

IN RE ) CASE NO. 9934428-A13
)
    TIMOTHY L & JAYNE J CRABTREE ) UNDISTRIBUTED FUNDS
    3568 WINDRIFT WAY #258 )
    OCEANSIDE CA )
                      92056 )
)

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: COMPLETED

EXPLANATION OF SOURCES:
    CREDITOR FUNDS UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:                                AMOUNT:

    MERCHANTS RECOVERY                                           2,599.29
    C/O AMERICAN HONDA FINANCE CO
    PO BOX 2230
    TORRANCE CA
            90509-2230

I hereby certify under penalty of perjury that if valid addresses were avaliable, a true copy of this was served on the Debtor(s), his attorney of record, and Payee at the addresses as they appear herein.

SERVED:   [ ✓] DEBTOR(S)      [ ✓] ATTORNEY      [ ✓] PAYEE

DATED: April 13, 2005

_____
Clerk for the office of PATRICIA MORGAN
DAVID L. SKELTON, CHAPTER 13 TRUSTEE

DON E SOMERVILLE #86506
26872 CALLE HERMOSA
CAPISTRANO BEACH CA
        92624